992 A.2d 122

**Robert HUGHES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,**
and Pennsylvania Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

April 29, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2010, the Order of the Commonwealth Court is **AFFIRMED.**